**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA DE LA PAZ,<br><br>    Plaintiff,<br><br>  v.<br><br>BAYER, CORP., an Indiana corporation; BAYER HEALTHCARE LLC, a Delaware corporation; BAYER ESSURE, INC., a Delaware corporation; BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation; BAYER A.G., a German corporation; and DOES 1-10, inclusive,<br><br>    Defendants.<br>                                                         / | No. C 15-03995 WHA<br><br>**AMENDED ORDER GRANTING ADMINISTRATIVE MOTIONS TO RELATE CASE NOS. 15-4952 AND 15-4953 TO CASE NO. 15-3995** |

Plaintiffs in *Salaiz v. Bayer Healthcare LLC, et al.*, Case No. 5:15-cv-04952-NC and *Ruiz v. Bayer Healthcare LLC, et al.*, Case No. 5:15-cv-04953-NC, have moved to relate both cases to the above-captioned matter as they concern substantially the same defendants and the same medical device. Defendants do not object to relating the cases. In the proposed orders submitted with their motions, plaintiffs also sought to have the cases consolidated for all purposes, to which defendants do object. Good cause shown the cases are hereby **RELATED**, and shall be **REASSIGNED** to the undersigned judge. The cases shall not be consolidated at this stage. All future filings in the related cases shall bear the initials WHA.

  **IT IS SO ORDERED.**

Dated: November 2, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE